IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

THERESA BOYD,

    Plaintiff,

    v.

                                   Case No. 20-C-112

ANDREW SAUL, Commissioner of
Social Security,

    Defendant.

# O R D E R

This matter is before the Court on the parties' stipulated motion to Enter Judgment and Remand the Commissioner's Decision for Further Administrative Proceedings, and the Court being duly advised, now grants the stipulated motion.

IT IS HEREBY ORDERED that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, if the Appeals Council does not issue a fully-favorable decision, the Appeals Council will instruct an Administrative Law Judge (ALJ) to take further action to complete the administrative record. The ALJ will reevaluate the entire record, including Dr. Vashi's opinion and all other opinion evidence. The ALJ will reevaluate the intensity, persistence, and functionally limiting effects of Plaintiff's symptoms. The ALJ will proceed through the sequential evaluation process as needed to reach a decision. If the evaluation reaches step four, the ALJ will reevaluate Plaintiff's residual functional capacity, including supported limitations from all severe and non-severe impairments. The ALJ will obtain vocational testimony if needed to support a decision.

The ALJ will proffer any additional evidence consistent with agency regulations and SSRs. The claimant may submit new evidence and may ask for a new hearing consistent with agency regulations.

Dated at Green Bay, Wisconsin, this 8th day of April, 2020.

BY THE COURT:

s/ William C. Griesbach
WILLIAM C. GRIESBACH, District Judge
United States District Court