IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

THERESA BOYD,

    Plaintiff,

v.

                                                                                                     Case No. 2:20-CV-112

ANDREW SAUL, Commissioner for Social Security,

    Defendant.

## ORDER

Plaintiff's counsel approached defendant's counsel in an attempt to settle attorney fees under the Equal Access to Justice Act (EAJA). Plaintiff's counsel logged 9.2 hours of attorney time and 0 hours of paralegal time. The parties have since reached agreement and have submitted a Stipulated Motion to an Award of Attorney Fees. Based upon the foregoing Stipulated Motion and the Court's finding that the fees incurred are both reasonable and necessary and qualify under the EAJA,

**IT IS HEREBY ORDERED** that an award of attorney fees in the sum of $1,863.00 (one thousand eight hundred and sixty-three dollars) shall be paid by Defendant in full satisfaction and settlement of any and all claims Plaintiff may have pursuant to the EAJA. These fees are awarded to Plaintiff and not Plaintiff's attorney and can be offset to satisfy pre-existing debts that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521, 177 L. Ed 2d 9 (2010). If counsel for the parties verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

Dated this 24th day of April, 2020, at Green Bay, Wisconsin.

                                                s/ William C. Griesbach
                                                HONORABLE WILLIAM C. GRIESBACH
                                                United States District Judge: